**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JENNIFER BAHCIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | **Case No.** 6:19-cv-00026-JDK |

**NOTICE OF SETTLEMENT AND
REQUEST FOR TERM TO FILE DISMISSAL PLEADING**

Plaintiff, Jennifer Bahcivan, by and through undersigned counsel, hereby gives notice that Plaintiff and Defendant, Capital One Bank (USA), N.A., have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests sixty (60) days to finalize the settlement documents and file proper pleadings to close this matter. In view of the case's resolution, Plaintiff respectfully requests that the case deadlines be set aside.

Dated: August 19, 2019

                                                */s/ Adam T. Hill*
                                                Adam T. Hill
                                                The Law Offices of Jeffrey Lohman, P.C.
                                                4740 Green River Rd., Suite 310
                                                Corona, CA 92880
                                                Tel: (657) 236-3525
                                                Email: AdamH@jlohman.com
                                                Attorney for Plaintiff, Jennifer Bahcivan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

Geoffrey Culbertson
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, TX 75503
Tel: (903) 792-5859
Fax: (903) 792-8233
Email: gpc@texarkanalaw.com

By: */s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 236-3525
Email: AdamH@jlohman.com
Attorney for Plaintiff, Jennifer Bahcivan