**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| JENNIFER BAHCIVAN, | Case No.: 6:19-cv-00026-JDK |
| Plaintiffs, | |
| v. | JOINT MOTION FOR AND STIPULATION OF DISMISSAL WITH PREJUDICE |
| CAPITAL ONE BANK (USA), N.A. | |
| Defendant. | |

**JOINT MOTION FOR AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Jennifer Bahcivan ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby move for and stipulate to the dismissal of all Plaintiff's claims in this action against Defendant with prejudice and with each party to bear its own costs and fees.

JOINTLY SUBMITTED.

| | |
|---|---|
| */s/Geoffrey Culberton (with Permission)* | By: */s/ Adam T. Hill* |
| Geoffrey Culberton | Adam T. Hill |
| PATTON, TIDWELL & CULBERTON, LLP | The Law Offices of Jeffrey Lohman, P.C. |
| 2800 Texas Blvd. | 4740 Green River Road, Suite 310, |
| Texarkana, TX 75503 | Corona, CA 92880 |
| Tel: (903) 792-5859 | Tel: (657) 236-3525 |
| Fax: (903) 792-8233 | E: AdamH@jlohman.com |
| Email: gpc@texarkanalaw.com | *COUNSEL FOR PLAINTIFF* |
| *COUNSEL FOR DEFENDANT* | |

## CERTIFICATE OF SERVICE

I certify that on October 21, 2019, I filed the foregoing Joint Stipulation of Dismissal

WITH PREJUDICE using the Court's CM/ECF system, which will provide notice to the

following:

Geoffrey Culberton
PATTON, TIDWELL &
CULBERTON, LLP
2800 Texas Blvd.
Texarkana, TX 75503
Tel: (903) 792-5859
Fax: (903) 792-8233
Email: gpc@texarkanalaw.com
*COUNSEL FOR DEFENDANT*

By: */s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel: (657) 236-3525
E: AdamH@jlohman.com
*COUNSEL FOR PLAINTIFF*