IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **JENNIFER BAHCIVAN,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:19-CV-26-JDK |
| **CAPITAL ONE BANK (USA), N.A.,** | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

Pursuant to the Parties' Joint Motion for and Stipulation of Dismissal with Prejudice (Docket No. 17), the Court hereby enters final judgment.

**IT IS ORDERED** that Plaintiff Jennifer Bahcivan's claims against Defendant Capital One Bank (USA), N.A. are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each Party shall bear its own costs and fees.

All motions not previously ruled on are **DENIED**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **21st** day of **October, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE